IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 14-47-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATION |
| JOHN LOUIS CROSS, | |
| Defendant. | |

The parties have stipulated that the proper amount of restitution that Defendant John Louis Cross be required to pay to T.G. is $308,249.30.

Therefore, IT IS RECOMMENDED that this stipulated amount of $308,249.30 be imposed as the amount of restitution for T.G.

DATED this 3rd day of June, 2016.

Jeremiah C. Lynch
United States Magistrate Judge