IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14–47–M–DLC–JCL |
| Plaintiff, | |
| vs. | ORDER |
| JOHN LOUIS CROSS, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendation on June 3, 2016, recommending that Defendant John Louis Cross ("Cross") pay restitution in the amount of $308,249.30 to victim T.I.[1] The parties failed to timely object to the Findings and Recommendation, and so waived their right to de novo review of the record. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000)

---

[1] The Findings and Recommendation were amended by a subsequent Order (Doc. 73) clarifying that restitution should be paid to T.I, and not T.G.

(citations omitted).

Having reviewed the Findings and Recommendation, the Court agrees with Judge Lynch that the parties stipulated that $308,249.30 is the proper amount of restitution to be paid to victim T.I. (*See* Docs. 69 at 10, 70 at 2.)

There being no clear error in Judge Lynch's Findings and Recommendation, IT IS ORDERED that:

(1) Judge Lynch's Findings and Recommendation (Docs. 72, 73) are ADOPTED IN FULL.

(2) Defendant John Louis Cross must pay victim T.I. restitution in the amount of $308,249.30.

Dated this 21st day of June, 2016.

_____
Dana L. Christensen, Chief District Judge
United States District Court